IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES ROY McALPHIN                                                        PLAINTIFF

V.                          CASE NO. 07-CV-1074

LT. WILLIAMS, Administrator,
Union County Justice Facility;
SHERIFF KEN JONES; and
NURSE DEBBIE                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 11, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 17). Judge Bryant recommends that this case be dismissed on the grounds that Plaintiff has failed to prosecute this action. Fed. R. Civ. P. 41(b). The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of September, 2008.

                                                            /s/ Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge